No. 1483. RYAN v. NEW YORK. June 23, 1947. Petition for writ of certiorari to the County Court of Kings County, New York, denied.

No. 1484. SPENCER v. ILLINOIS. Petition for writ of certiorari to the Supreme Court of Illinois;

No. 1485. PISANI v. RAGEN, WARDEN. Petition for writ of certiorari to the Criminal Court of Cook County, Illinois;

No. 1492. GAVALIS v. RAGEN, WARDEN. Petition for writ of certiorari to the Circuit Court of Will County, Illinois;

No. 1493. LYONS v. RAGEN, WARDEN; and

No. 1494. WOODWARD v. NIERSTHEIMER, WARDEN. Petitions for writs of certiorari to the Supreme Court of Illinois. June 23, 1947. Denied. Reported below: No. 1484, 397 Ill. 121, 73 N. E. 279; No. 1494, 394 Ill. 433, 69 N. E. 2d 181.

No. 1495. REMINE v. UNITED STATES. June 23, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied.

No. 1497. SMITH v. RAGEN, WARDEN. June 23, 1947. Petition for writ of certiorari to the Circuit Court of Will County, Illinois, denied.

No. 1498. WRIGHT v. RAGEN, WARDEN. June 23, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied.